**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 14-50794

United States Court of Appeals
Fifth Circuit

**FILED**

August 12, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JESSE DOMINGUEZ,

Defendant - Appellant

-------------

CONSOLIDATED WITH 14-50823

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CRYSTAL DOERR,

Defendant - Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:14-CR-24

Before STEWART, Chief Judge, and JOLLY and GRAVES, Circuit Judges.

No. 14-50794

PER CURIAM:*

We have read the record, studied the briefs, and heard very capable arguments from both parties. We have concluded, in the light of our precedents, that reasonable suspicion is not supported by the facts in this case. Too many of the asserted bases for reasonable suspicion can plausibly be explained as normal or innocent conduct; and from which, criminal suspicion under the Fourth Amendment cannot convincingly be inferred. Accordingly, the judgment of the district court is REVERSED and VACATED. The case is REMANDED for entry of a judgment of acquittal.

REVERSED, VACATED, and REMANDED
for entry of judgment.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2